# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00702-CV

## In re TaskUs Holdings, Inc.

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and motion for emergency temporary relief are

denied. *See* Tex. R. App. P. 52.8(a).

Chari Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: November 18, 2022